```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 00728
   RONAL SORRELLS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8293


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 01/10/2005 and was confirmed 04/18/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  50.00%.

     The case was paid in full 03/07/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
WELLS FARGO BANK          CURRENT MORTG         .00           .00            .00
ADT SECURITY SYSTEMS      UNSECURED        NOT FILED          .00            .00
ADT                       NOTICE ONLY      NOT FILED          .00            .00
AT & T WIRELESS           UNSECURED        NOT FILED          .00            .00
ECAST SETTLEMENT CORP     UNSECURED          1565.65          .00         782.83
RICHARD A SNOW            NOTICE ONLY      NOT FILED          .00            .00
CAPITAL ONE BANK          UNSECURED           641.17          .00         320.59
NORTHLAND GROUP           NOTICE ONLY      NOT FILED          .00            .00
PREMIER BANCARD CHARTER   UNSECURED           320.31          .00         160.16
FIRST PREMIER BANK        NOTICE ONLY      NOT FILED          .00            .00
ARROW FINANCIAL SERVICES  UNSECURED        NOT FILED          .00            .00
ARROW FINANCIAL SERVICES  NOTICE ONLY      NOT FILED          .00            .00
HARVARD COLLECTION SERVI  NOTICE ONLY      NOT FILED          .00            .00
ECAST SETTLEMENT CORP     UNSECURED          2302.34          .00        1151.17
HOUSEHOLD  BANK           NOTICE ONLY      NOT FILED          .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED            851.26         .00         425.63
HOUSEHOLD                 NOTICE ONLY      NOT FILED          .00            .00
HOUSEHOLD                 NOTICE ONLY      NOT FILED          .00            .00
JRS-I INC                 UNSECURED          3439.79          .00        1719.90
NATIONAL CAPITAL MANAGEM  UNSECURED          2197.25          .00        1098.63
RESURGENT CAPITAL SERVIC  NOTICE ONLY      NOT FILED          .00            .00
JENNIFER L MCALLISTER &   NOTICE ONLY      NOT FILED          .00            .00
MARSHALL FIELDS           UNSECURED           828.96          .00         414.48
RETAILERS NATIONAL BANK   NOTICE ONLY      NOT FILED          .00            .00
MARSHALL FIELDS           UNSECURED          4038.00          .00        2019.00
RETAILERS NATIONAL BANK   NOTICE ONLY      NOT FILED          .00            .00
MARSHALL FIELDS           UNSECURED        NOT FILED          .00            .00
RETAILERS NATIONAL BANK   NOTICE ONLY      NOT FILED          .00            .00
MOBILITY INC DBA FLEXCAR  UNSECURED        NOT FILED          .00            .00
NORTHWESTERN MEMORIAL HO  UNSECURED        NOT FILED          .00            .00
PROVIDIAN                 UNSECURED        NOT FILED          .00            .00
PROVIDIAN                 NOTICE ONLY      NOT FILED          .00            .00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 00728 RONAL SORRELLS

```
SPIEGEL                        UNSECURED       NOT FILED           .00            .00
MIDLAND CREDIT MANAGEMEN NOTICE ONLY    NOT FILED           .00            .00
SPIEGEL                        NOTICE ONLY     NOT FILED           .00            .00
WELLS FARGO BANK               MORTGAGE ARRE    1965.60            .00        1965.60
MIDLAND CREDIT MANAGEMEN UNSECURED        200.68            .00         100.34
JRS-I INC                      SPECIAL CLASS     557.08            .00         557.08
JOSEPH WROBEL                  DEBTOR ATTY     1,994.00                    1,994.00
TOM VAUGHN                     TRUSTEE                                       747.85
DEBTOR REFUND                  REFUND                                        122.74

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                13,580.00

PRIORITY                                              .00
SECURED                                          1,965.60
UNSECURED                                        8,749.81
ADMINISTRATIVE                                   1,994.00
TRUSTEE COMPENSATION                               747.85
DEBTOR REFUND                                      122.74
                       ---------------      ---------------
TOTALS                 13,580.00                13,580.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 06/26/08           _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE